UNITED STATES GYPSUM CO. v. COLUMBIA CASUALTY CO.

149 So. 569.
Division A.
Opinion Filed July 20, 1933.

*John Tilden* and *Claude L. Gray,* for Plaintiff in Error; *Maguire & Voorhis,* for Defendant in Error.

TERRELL, J.—The record and briefs of counsel in this' cause have been examined and judgment of the court below is reversed on authority of Johnson Electric Co., Inc., v. Columbia Casualty Co., *et al.,* 101 Fla. 186, 133 So. 850, Barry v. Columbia Casualty Co., *et al.,* 101 Fla. 168, 133 So. 852, and William Bayley Co. v. Columbia Casualty Co. (C. C. A. 5th) 50 Fed. (2nd) 899.

Davis, C. J., and Whitfield, Ellis, Brown and Bu-. ford, J. J., concur.